MARCH 26, 1959

No. 62906.—SUIT 4930.—Anderson Organization v. United States.— ▉▉▉▉

▉▉▉▉▉▉▉▉—C.D. 1885 affirmed December 15, 1958. C.A.D. 694.

▉▉▉▉

BEFORE THE SECOND DIVISION, MARCH 30, 1959

No. 62907.—T. D. Downing Co. v. United States, protest 305808–K (Boston).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of automatic feeders the same in all material respects as those the subject of *John V. Carr & Son, Inc., et al.* v. *United States* (40 Cust. Ct. 292, C.D. 1996), the claim of the plaintiff was sustained.

No. 62908.—Close & Stewart v. United States, protests 279859–K, 295391–K, and 295392–K (Seattle).

Opinion by RAO, J. The protests were dismissed.

No. 62909.—Wall Trends, Inc. v. United States, protest 58/8341 (New York).

Opinion by RAO, J. The protest was dismissed.

No. 62910.—Schlumberger Well Surveying Corp. v. United States, protest 329672–K (Galveston).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon envelopes similar in all material respects to those the subject of Abstract 62051, the claim of the plaintiff was sustained.

No. 62911.—Hensel, Bruckmann & Lorbacher, Inc. v. United States, protests 238337–K, etc. (New York).